In the Matter of the Claim of DOROTHY J. BREITWEISER, Respondent, against SOCONY VACUUM OIL Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits under the Workmen's Compensation Law. Appellant urges that the death was not the result of an accident occurring in the course of the employment, and also that it was denied an opportunity to produce certain evidence. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.